Action by Isabelle Berwick against Katherine Martin and another.

PER CURIAM. Judgment affirmed, without costs. There is no exception that presents a question for review.

BESANT, Respondent, v. LUTZ, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by William N. Besant against Peter Lutz. No opinion. Judgment of the County Court of Westchester County affirmed by default, with costs.

BIANCHI et al., Appellants, v. COLIVA, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Pasquale Bianchi and another against Nicolo Coliva. No opinion. Judgment affirmed, with costs.

BIDWELL, Appellant, v. CUMMINGS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Frank H. Bidwell against James C. Cummings.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, P. J., and LAMBERT, J., dissent.

BIGUS, Appellant, v. LEHIGH & WILKES-BARRE COAL CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Mike Bigus against the Lehigh & Wilkesbarre Coal Company. No opinion. Motion for reargument (160 App. Div. 838, 146 N. Y. Supp. 107) denied, without costs. Motion for leave to appeal to the Court of Appeals granted, without costs.

BLOCK, Respondent, v. LOMBARD, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Alvin Block against Jacob C. Lombard, impleaded with others. No opinion. Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

BLACKLOCK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by William J. Blacklock against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

BLOHM, Appellant, v. T. A. GILLESPIE CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Lizzie M. Blohm, as administratrix, etc., of Rudolph D. Blohm, deceased, against the T. A. Gillespie Company. No opinion. Motion denied, without costs. See, also, 146 N. Y. Supp. 1084.

BLOOMFIELD, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Action by Emanuel Bloomfield, by Charles Bloomfield, his guardian ad litem, against the Board of Education of the City of New York. No opinion. Judgment unanimously affirmed, with costs. See, also, 147 N. Y. Supp. 1099.

BLOOMFIELD, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Emanuel Bloomfield, by Charles Bloomfield, his guardian ad litem, against the Board of Education of the City of New York. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 147 N. Y. Supp. 1099.

In re BOARD OF SUP'RS OF ULSTER COUNTY. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) In the matter of the application of the Board of Supervisors of Ulster County to acquire lands for the improvement of state highways, etc. No opinion. Final order unanimously affirmed, without costs.

BOHLING, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Bertha Bohling against the Prudential Insurance Company of America. R. D. Whiting, of New York City, for appellant. E. J. West, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 146 N. Y. Supp. 1084; 147 N. Y. Supp. 1099.

BOHLING, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Bertha Bohling against the Prudential Insurance Company of America. R. D. Whiting, of New York City, for appellant. E. J. West, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1099.

BOITEL, Respondent, v. SHILLING, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Andrew W. Boitel, an infant, by Ida Boitel, his guardian ad litem, against George B. Shilling.

PER CURIAM. Order of the County Court of Kings County reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon the authority of Fisher Malting Co. v. Brown, 92 App. Div. 251, 87 N. Y. Supp. 37; McMann v. Brown, 92 App. Div 249, 87 N. Y. Supp. 38; Brown v Gauss, 95 N. Y. Supp. 538; McGrath v. Murtha & Schmohl Co., 128 App. Div. 278, 112 N. Y. Supp. 679; Holtzoff v. Dodge & Olcott Co., 134 App. Div. 353, 119 N. Y. Supp. 47.

BOLGER, Respondent, v. HAAS TOBACCO CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Joseph Bolger, an infant, etc., against the Haas Tobacco Company. No opinion. Judgment and order affirmed, with costs.

BOLLES, Appellant, v SCHEER, Respondent. (Supreme Court, Appellate Division, First